# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sharon R. Haggard | § | Case No. 14-05852 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/22/2014. The undersigned trustee was appointed on 02/22/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 20,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 5,677.87 |
| Bank service fees | | 56.74 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 14,265.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/27/2015 and the deadline for filing governmental claims was 07/27/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 20.85 , for total expenses of $ 20.85 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2018                By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-05852 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Sharon R. Haggard | | | | Date Filed (f) or Converted (c): | 02/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2014 |
| For Period Ending: | 10/26/2018 | | | | Claims Bar Date: | 07/27/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 403 E. Church Street, Plano, Il 60545 (Debtor's Residence Fm | 107,674.00 | 0.00 | | 0.00 | FA |
| 2. 805 W. Charles Street, Plano, Il 60545 (Daughter's Residence | 123,148.00 | 19,401.00 | | 0.00 | FA |
| 3. Checking Account With Old Second Bank Ending Xxxxx250 | 141.30 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods And Furnishings. | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. One Share Of Disney Stock | 100.00 | 100.00 | | 0.00 | FA |
| 7. 2013 Estimated Tax Refunds. (Debtor Estiamtes That She Will | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2005 Lincoln Town Car (92,200 Miles)(Jointly Owned With Estr | 5,979.00 | 720.30 | | 0.00 | FA |
| 9. Other Litigation (u) Unscheduled prepetition wrongful termination claim; Debtor has hired counsel Michael T. Smith to pursue action | 0.00 | Unknown | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

| | | | | Gross Value of Remaining Assets | |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $238,542.30 | $20,221.30 | | $20,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Case reopened re: undisclosed litigation. - Joji Takada 4/2/2015

Counsel hired to pursue litigation on behalf of estate. - Joji Takada 5/22/2015

Monitoring litigation. - Joji Takada 8/22/2015

Monitoring litigation. - Joji Takada 11/30/2015

Special counsel litigating defendant's summary judgment motion - Joji Takada 1/26/2016

Special counsel litigating defendant's summary judgment motion - Joji Takada 4/22/2016

Court denied summary judgment; Pretrial settlement to be scheduled - Joji Takada 6/2/2016

Settlement reached; Motion filed. - Joji Takada 10/24/2016

TFR in process. - Joji Takada 11/20/2016

Tax return needed; Consulting with accountant. - Joji Takada 3/15/2017

Hiring accountant for return. - Joji Takada 9/1/2017

Tax returns filed; Awaiting prompt determination. - Joji Takada 12/20/2017

Prepare TFR documents. - Joji Takada 6/8/2018


Initial Projected Date of Final Report (TFR): 02/22/2016        Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 14-05852 |
| Case Name: | Sharon R. Haggard |
| Taxpayer ID No: | XX-XXX4225 |
| For Period Ending: | 10/26/2018 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX0353 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/16 | 9 | Centrue Bank | Settlement payment Settlement re wrongful discharge litigation | 1249-000 | $20,000.00 | | $20,000.00 |
| 10/26/16 | 1001 | Michael Smith 440 West Irving Park Road Roselle, IL 60172 | Payment to trustee professional Contingency fee to special counsel | 3210-000 | | $4,000.00 | $16,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.00 | $15,967.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.74 | $15,943.26 |
| 02/02/18 | 1002 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Tax payment Estate tax payment | 2810-000 | | $996.00 | $14,947.26 |
| 02/02/18 | 1003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Estate tax payment | 2820-000 | | $696.00 | $14,251.26 |
| 03/18/18 | | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Return of Funds to Trustee Overpayment of estate state tax liability | 2820-000 | | ($14.13) | $14,265.39 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $5,734.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $5,734.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $5,734.61 |

| | | |
|---|---:|---:|
| Page Subtotals: | $20,000.00 | $5,734.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0353 - Checking | $20,000.00 | $5,734.61 | $14,265.39 |
|  | $20,000.00 | $5,734.61 | $14,265.39 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-05852  
Debtor Name: Sharon R. Haggard  
Claims Bar Date: 7/27/2015  

Date: October 26, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646<br>trustee@takadallc.com | Administrative | | $0.00 | $20.85 | $20.85 |
| 100 2810 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, Ohio 45999-0039 | Administrative | | $0.00 | $996.00 | $996.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $681.87 | $681.87 |
| 100 3210 | Michael Smith<br>440 West Irving Park Road<br>Roselle, IL 60172 | Administrative | | $0.00 | $4,000.00 | $4,000.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $869.50 | $869.50 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $13,414.78 | $13,414.78 |
| 2 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $10,205.48 | $10,205.48 |
| 3 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $9,690.95 | $9,690.95 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-05852  
Debtor Name: Sharon R. Haggard  
Claims Bar Date: 7/27/2015  
Date: October 26, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,387.62 | $2,387.62 |
| 5<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To U.S. Bank National<br>Association Nd (Elan-Centrue<br>Bank,<br>Yorkville)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $6,089.07 | $6,089.07 |
| | Case Totals | | | $0.00 | $51,106.12 | $51,106.12 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: October 26, 2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-05852
Case Name: Sharon R. Haggard
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 14,265.39

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Joji Takada | $ 20.85 | $ 0.00 | $ 20.85 |
| Attorney for Trustee Fees: Michael Smith | $ 4,000.00 | $ 4,000.00 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 869.50 | $ 0.00 | $ 869.50 |
| Other: Department of Treasury | $ 996.00 | $ 996.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 681.87 | $ 681.87 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,640.35

Remaining Balance $ 10,625.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,787.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 13,414.78 | $ 0.00 | $ 3,410.86 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 10,205.48 | $ 0.00 | $ 2,594.86 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 9,690.95 | $ 0.00 | $ 2,464.03 |
| 4 | American Express Centurion Bank | $ 2,387.62 | $ 0.00 | $ 607.08 |
| 5 | Portfolio Recovery Associates, Llc | $ 6,089.07 | $ 0.00 | $ 1,548.21 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,625.04 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE