# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Sharon R. Haggard § Case No. 14-05852
§
_____Debtor_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 216,642.30                  Assets Exempt: 21,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 10,625.04   Claims Discharged
                                               Without Payment: 321,573.86

Total Expenses of Administration: 9,374.96

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 218,379.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,374.96 | 9,374.96 | 9,374.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,032.00 | 41,787.90 | 41,787.90 | 10,625.04 |
| **TOTAL DISBURSEMENTS** | $ 290,411.00 | $ 51,162.86 | $ 51,162.86 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 02/22/2014 . The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2019    By: /s/Joji Takada, Chapter 7 Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Litigation | 1249-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris N.a. Bmo Harris Bank/Bnkrptcy Dept 770 N Water Street Milwaukee, WI 53202 | | 55,247.00 | NA | NA | 0.00 |
| | Centrue Bank 201 E Main St Streator, IL 61364 | | 59,385.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Ba 37 S River St Aurora, IL 60506 | | 103,747.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 218,379.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Joji Takada | 2200-000 | NA | 20.85 | 20.85 | 20.85 |
| Associated Bank | 2600-000 | NA | 56.74 | 56.74 | 56.74 |
| Department of Treasury | 2810-000 | NA | 996.00 | 996.00 | 996.00 |
| Illinois Department of Revenue | 2820-000 | NA | 681.87 | 681.87 | 681.87 |
| Michael Smith | 3210-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| Callero and Callero LLP | 3410-000 | NA | 869.50 | 869.50 | 869.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 9,374.96** | **$ 9,374.96** | **$ 9,374.96** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 2,325.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 10,720.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 8,660.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap1/bstby P.O. Box 6497 Sioux Falls, SD 57117 | | 6,183.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,638.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank Citicorp Credit Srvcs/Attn: Centraliz Po Box 20507 Kansas City, MO 64195 | | 10,170.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 13,414.00 | NA | NA | 0.00 |
| | Elan Financial Service Cb Disputes Saint Louis, MO 63166 | | 6,232.00 | NA | NA | 0.00 |
| | Fia Csna Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | First Natl Bk Of Jolie 78 N Chicago St Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | First Natl Bk Of Jolie 78 N Chicago St Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Old Second National Ba 102 E Van Emmon St Yorkville, IL 60560 | | 0.00 | NA | NA | 0.00 |
| | Old Second National Ba 37 S River St Aurora, IL 60506 | | 0.00 | NA | NA | 0.00 |
| | Old Second National Ba 37 S River St Aurora, IL 60506 | | 0.00 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 9,690.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | 0.00 | NA | NA | 0.00 |
| | Wffnb Retail Po Box 94498 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Wffnb/american Standar Pob 10475 Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | NA | 2,387.62 | 2,387.62 | 607.08 |
| 1 | Discover Bank | 7100-000 | NA | 13,414.78 | 13,414.78 | 3,410.86 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 6,089.07 | 6,089.07 | 1,548.21 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 10,205.48 | 10,205.48 | 2,594.86 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 9,690.95 | 9,690.95 | 2,464.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 72,032.00 | $ 41,787.90 | $ 41,787.90 | $ 10,625.04 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-05852 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Sharon R. Haggard | | | | Date Filed (f) or Converted (c): | 02/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2014 |
| For Period Ending: | 02/12/2019 | | | | Claims Bar Date: | 07/27/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 403 E. Church Street, Plano, Il 60545 (Debtor's Residence Fm | 107,674.00 | 0.00 | | 0.00 | FA |
| 2. 805 W. Charles Street, Plano, Il 60545 (Daughter's Residence | 123,148.00 | 19,401.00 | | 0.00 | FA |
| 3. Checking Account With Old Second Bank Ending Xxxxx250 | 141.30 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods And Furnishings. | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. One Share Of Disney Stock | 100.00 | 100.00 | | 0.00 | FA |
| 7. 2013 Estimated Tax Refunds. (Debtor Estiamtes That She Will | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2005 Lincoln Town Car (92,200 Miles)(Jointly Owned With Estr | 5,979.00 | 720.30 | | 0.00 | FA |
| 9. Other Litigation (u) Unscheduled prepetition wrongful termination claim; Debtor has hired counsel Michael T. Smith to pursue action | 0.00 | Unknown | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $238,542.30      $20,221.30      $20,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Case reopened re: undisclosed litigation. - Joji Takada 4/2/2015

Counsel hired to pursue litigation on behalf of estate. - Joji Takada 5/22/2015

Monitoring litigation. - Joji Takada 8/22/2015

Monitoring litigation. - Joji Takada 11/30/2015

Special counsel litigating defendant's summary judgment motion  - Joji Takada 1/26/2016

Special counsel litigating defendant's summary judgment motion  - Joji Takada 4/22/2016

Court denied summary judgment; Pretrial settlement to be scheduled  - Joji Takada 6/2/2016

Settlement reached; Motion filed. - Joji Takada 10/24/2016

TFR in process.  - Joji Takada 11/20/2016

Tax return needed; Consulting with accountant. - Joji Takada 3/15/2017

Hiring accountant for return. - Joji Takada 9/1/2017

Tax returns filed; Awaiting prompt determination. - Joji Takada 12/20/2017

Prepare TFR documents. - Joji Takada 6/8/2018

TFR filed. - Joji Takada 11/16/2018


Initial Projected Date of Final Report (TFR): 02/22/2016         Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-05852 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Sharon R. Haggard | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0353 |
| | Checking |
| Taxpayer ID No: XX-XXX4225 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/16 | 9 | Centrue Bank | Settlement payment<br>Settlement re wrongful discharge litigation | 1249-000 | $20,000.00 | | $20,000.00 |
| 10/26/16 | 1001 | Michael Smith<br>440 West Irving Park Road<br>Roselle, IL 60172 | Payment to trustee professional<br><br>Contingency fee to special counsel | 3210-000 | | $4,000.00 | $16,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.00 | $15,967.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.74 | $15,943.26 |
| 02/02/18 | 1002 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, Ohio 45999-0039 | Tax payment<br>Estate tax payment | 2810-000 | | $996.00 | $14,947.26 |
| 02/02/18 | 1003 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Tax payment<br>Estate tax payment | 2820-000 | | $696.00 | $14,251.26 |
| 03/18/18 | | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Return of Funds to Trustee<br>Tax refund; Overpayment of estate state tax liability | 2820-000 | | ($14.13) | $14,265.39 |
| 01/14/19 | 1004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,750.00 | $11,515.39 |
| 01/14/19 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $20.85 | $11,494.54 |
| 01/14/19 | 1006 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $869.50 | $10,625.04 |

| | | | Page Subtotals: | | $20,000.00 | $9,374.96 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-05852  
Case Name: Sharon R. Haggard  
Taxpayer ID No: XX-XXX4225  
For Period Ending: 02/12/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0353  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/19 | 1007 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $3,410.86 | $7,214.18 |
| 01/14/19 | 1008 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $2,594.86 | $4,619.32 |
| 01/14/19 | 1009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $2,464.03 | $2,155.29 |
| 01/14/19 | 1010 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $607.08 | $1,548.21 |
| 01/14/19 | 1011 | Portfolio Recovery Associates, Llc<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Final distribution per court order. | 7100-000 | | $1,548.21 | $0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals: $0.00  $10,625.04

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0353 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |